**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 22, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00777-CV

## IN RE AB LAND COMPANY, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
268th District Court
Fort Bend County, Texas
Trial Court Cause No. 16-DCV-229539

## MEMORANDUM OPINION

On October 25, 2022, relator AB Land Company filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable R. O'Neil Williams, presiding judge of the 268th District Court of Fort Bend County, to set aside the trial court's September 30, 2022 order granting the real party in interest's second plea to the jurisdiction.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Wilson.